## IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

CASE NO.:

1:25-cv-03108

CHARLES BERNARD STARKE JR.,

Plaintiff, sui juris, pro per
v.

STATE OF NEW YORK,
ALL STATE ACTORS, ET AL

KELVIN ZUNIGA in his individual and official capacity
RICHARD SLOVEN in his individual and official capacity
WILLIAM ALLEN, in his individual and official capacity
DECLON FINN in his individual and official capacity
ANDREW CULLEN in his individual and official capacity
DANIEL MOONEY in his individual and official capacity
OFFICER FUENTES, in his individual and official capacity;
OFFICER O'DELL, Officer Ferguson, Sgt. Lowe in their individual and official capacity;
JUDGE KEVIN F. RUSSO, in his individual and official capacity;
ROCKLAND COUNTY SHERIFF'S DEPARTMENT;
ROCKLAND COUNTY JAIL;
CLERK OF THE COURT OF ROCKLAND COUNTY;

Defendants.

COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF UNDER 42 U.S.C. §§ 1983, 1985(3), 1986, AND OTHER CONSTITUTIONAL AND STATUTORY CLAIMS

### JURISDICTION & VENUE

This action arises under the U.S. Constitution and federal statutes including 42 U.S.C. §§ 1983, 1985(3), and 1986. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343. Venue lies in the Southern District of New York pursuant to 28 U.S.C. § 1391(b), as the events occurred in Rockland County.

## PARTIES

1. Plaintiff, Charles Bernard Starke Jr., is a sui juris man domiciled in the State of Texas and currently unlawfully incarcerated in Rockland County, New York.
2. Defendant Officer Fuentes is a Rockland County officer who arrested Plaintiff on March 21, 2025 without lawful authority.
3. Defendant Officer O'Dell unlawfully strip-searched Plaintiff on March 31, 2025.
4. Defendant Judge Kevin F. Russo entered a plea on Plaintiff's behalf unlawfully and without consent.
5. Defendant Rockland County Sheriff's Department and Jail participated in Plaintiff's unconstitutional confinement.
6. Defendant Clerk of Court unlawfully filed instruments lacking a sworn affidavit and lawful complaint.
7. Defendant State of New York is named for injunctive and declaratory relief only.

## FACTUAL ALLEGATIONS

1. On March 21, 2025, Plaintiff was arrested by Officer Fuentes for lawfully filming in Rockland County Court. He was released and retains video proof of his innocence.
2. On March 31, 2025, Plaintiff was arrested again while lawfully attending court in support of Teresa Murphy. He was not provided a probable cause hearing within 48 hours, nor was there any sworn affidavit of complaint.
3. Plaintiff has been held since March 31, 2025, with no access to the outdoors.
4. Plaintiff was strip-searched by Officer DOSWALL, in violation of his Fourth and Eighth Amendment rights.
5. Judge Russo entered a plea on Plaintiff's behalf in violation of his Sixth Amendment rights.
6. Plaintiff was denied medical care and access to counsel during confinement.
7. All charges stem from retaliation for lawful, protected conduct.

## CAUSES OF ACTION

Count I: Violation of First Amendment – Retaliation for protected expression
Count II: Violation of Fourth Amendment – Unlawful search, seizure, and arrest
Count III: Violation of Fifth and Sixth Amendments – Lack of due process and unauthorized plea
Count IV: Violation of Eighth Amendment – Cruel and unusual punishment
Count V: Violation of Fourteenth Amendment – Substantive and procedural due process
Count VI: 42 U.S.C. § 1983 – Deprivation of civil rights
Count VII: 42 U.S.C. § 1985(3) – Conspiracy to interfere with civil rights
Count VIII: 42 U.S.C. § 1986 – Neglect to prevent violations

## PRAYER FOR RELIEF

Plaintiff respectfully requests this Honorable Court grant the following:

1. Declaratory judgment that the actions of Defendants were unlawful.
2. Injunctive relief ordering immediate release and sealing of records.
3. $10,000,000 in compensatory damages.
4. $15,000,000 in punitive damages.
5. Costs, filing fees, and other just relief.

Respectfully submitted,

_____
CHARLES BERNARD STARKE JR.
Plaintiff, sui juris, PRO PER

ID Number: 249624

Rockland County Jail

53 New Hempstead Rd.

New City, NY 10956