Supplemental Judicial Notice of Continued STATE Action After Removal notification

1. On July 9th 2025 Plaintiff was handcuffed and transported to face defendant Judge Kevin F Russo in open Court for case #IND-70418-25/001 eventhough the Court and All defendants had been notified of removal to this honorable Court And have hired Council (Robert Weisman) on June 25, 2025

2. In open Court with over one dozen witnesses Plaintiff made it very clear that the defendants were being sued by plaintiff and defendant Russo even asked "Who is the Judge?" to which Plaintiff answered "LAURA TAYLOR SWAIN"

3. Plaintiff is scheduled for another court date on 10/28/25 and is still in custody

4. Plaintiff feels this is a form of federal witness obstruction of Justice forbidden by 18 U.S.C. § 1503 and violates/trespasses 28 U.S.C. § 1446(d)

Submitted in good faith with Clean hands,
: Charles-bernard: Starke
Pro Per Sui Juris
Charles B Starke
4:25-CV-003108 LTS
7/25/2025



RECEIVED
JUL 31 2025
U.S.D.C.
V.P

Supplemental Judicial Notice of Case law precedent supporting Plaintiffs claim for monetary relief / municipal Liability

1. Trerevant v City of Tampa
741 F2d 336 (A84) Liberty deprivation of Plaintiff and Compensatory reward of $1086.97 per minute of unlawful detainment beginning on 3/A/2025 and continues as of 7/25/25

2. Monell v Department of Social Services
436. U.S. 658 (1976)
for the failing to discipline, monitor, supervise, train and retrain Rockland County Sheriff Department employees And Rockland County District Attorney employees for Constitutional Deprivations forbidden by the 4th, 1st, 6th, 7th, 8th, 9th, 10th and 14th Amendments

Submitted in good faith, clean hands and matter of law
: Charles-bernard : Starke
Pro Per Sui Juris

Charles B Starke Jr
4:25-CV-003108-LTS
7/25/25

Charles-bernard: Starke
53 New Hempstead Road
New City, NY 10956
4-25-cv-003108-LTS



WESTCHESTER NY 105
Legal Mail
29 JUL 2025 PM 3 L

ATTN: Clerk of Courts for US District Courts
Southern District of New York
300 Quarropas Street
White Plains NY 10601


RECEIVED JUL 31 2025 U.S.D.C.

10601-414000