

**SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.**

**565 Taxter Road, Suite 210
Elmsford, New York  10523**
TELEPHONE (212) 973-9797
FACSIMILE   (212) 973-0939
E-MAIL rweissman@skdwmlaw.com
rweissman@skdwmlaw.com

November 3, 2025

**VIA ECF**
Hon. Philip M. Halpern
United States Courthouse for the Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York  10601-4150

    Re:    *Charles Bernard Starke v. Fuentes, et al.*
            Index No.: 25-CV-3108 (PMH)

Dear Judge Halpern:

    On behalf of defendants the County of Rockland (also sued as "Rockland County Correctional Facility") (hereinafter "the County"), Sgt. David Lowe and Sgt. Alexis Lopez, and in response to last night's e-mail from plaintiff's "authorized agent", "Charlie G", to the ECF help desk requesting a default judgment against our clients and asking the Court to strike our October 31 letter requesting an extension of time to answer, we hereby respond as follows:

1. Initially, we note that plaintiff pro se's motion is submitted by an apparent layperson – "Charlie G" according to the e-mail address – who is not legally authorized to practice law on plaintiff's behalf. Moreover, the e-mail from which "Charlie G" sent the motion – cookies4babe@outlook.com – is not the address designated by plaintiff for service on the PACER docket. Clearly, the supposed motion was not submitted by either the plaintiff pro se himself or by an attorney licensed to practice before this Court. Indeed, the documents themselves reflect that they were submitted by an unspecified "Authorized Agent" at the Mid-Hudson Forensic Psychiatric Center. As such, the request for a default judgment and the motion to strike our letter should be denied as defective.

2. Moreover, the claim that our clients defaulted in responding to the complaint is wrong as a matter of fact. As noted at PACER entries 35 and 36, Sgt. Lowe and Sgt. Lopez signed acknowledgments of service and, as such, the deadline to respond was October 31. On October 31, I submitted the letter designated as PACER document 50, requesting that the Court dispense with the first set of pre-motion letters required by your rules and accept our letter as the second pre-motion letter, or, in the alternative, grant an extension of our time to answer through November 21.

3. To the best of my knowledge, the County has not yet been properly served and has not executed and returned any acknowledgement of service. Thus, the County's deadline to answer has not even begun to run, much less expired. Notably, although "Charlie G" cites

**S**ARETSKY **K**ATZ **D**RANOFF **W**EISSMAN & **M**AYNARD, L.L.P.

**Hon. Philip M. Halpern**
**November 3, 2025**
**Page 2**

        to PACER docket entries 35-38 as supposed proof of service, none of these entries reflects service on the County.

    Therefore, we respectfully request that the Court strike "Charlie G's" motions as defective and, in any event, as being patently meritless. Thank you for your consideration.

                                                Very truly yours,

                                                Robert B. Weissman

cc:    **Via E-Mail: cbsplus4@gmail.com**
        Charles Bernard Starke, Jr.
        Rockland County Correctional Facility
        53 New Hempstead Road
        New City, NY 10956