Please take note to my change of address to 9005 Old River Road Marcy, ny 13403.

Please resend docket entries begginning at entry #42 for case # 7-25-CV-03108 and any communication from defendants

Please resend all docket entries for case # 1-25-CV-5767 (LTS)
Please resend all docket entries for case # 1-25-CV-7884 (LTS)

Charles Bernard Starke Junior
Charles Bernard Starke Junior (Sui Juris)
7-25-CV-03108 (PMH)
1-25-CV-5767 (LTS)
1-25-CV-7884 (LTS)



RECEIVED NOV 10 2025 U.S.D.C. W.P.

RECEIVED NOV 10 2025 PRO SE OFFICE



P.O. BOX 300
MARCY, NEW YORK 13403-0300

Charles Bernard Starke Jr # 23177
#725-CV-03108 (PMH)
#1-25-cv-5767 (LTS)
#1-25-cv-7894 (LTS)
Ward 202

RECEIVED
NOV 10 2025
PRO SE OFFICE

Legal Mail

RECEIVED
NOV 10 2025
U.S.D.C.
W.P.

United States Courthouse for the Southern District of New York
Attn: clerk of Court
300 Quarropas Street
White Plains, NY 10601-4150