UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CHARLES BERNARD STRAKE,

                        Plaintiff,

            -against-

COUNTY OF ROCKLAND; OFFICER KELVIN ZUNIGA;
OFFICER FUENTES; SERGEANT LOWE Rockland County
Sheriff's Office; SERGEANT LOPEZ Rockland County
Sheriff's Office; OFFICER MAZELLA Warwick Police
Department; OFFICER LAYA Warwick Police Department,

                        Defendants.

-----------------------------------------------------------------------X

Docket No.:
25 CV 3108 (PMH)

> By Order dated November 12, 2025, the Court granted Defendants leave to file a motion to dismiss. (Doc. 53, the "11/12/25 Order"). The 11/12/25 Order however, did not grant Defendants leave to file a motion in the alternative, including any motion for summary judgment. (*See* Doc. 53). Accordingly, as Defendants now purport to move pursuant to both Rule 12(b)(6), and in the alternative, Rule 56 of the Federal Rules of Civil Procedure (*see* Doc. 57), Defendants' motion is denied without prejudice for failure to comply with the 11/12/25 Order.
>
> In light of the above, and as Defendants also improperly filed a "Notice of Local Rule 56.2 Notice" (Doc. 61) along with their motion papers, the Clerk of Court is respectfully directed to strike document number 61 from the docket but retain the summary docket text for the record.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 57 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       December 11, 2025

**PLEASE TAKE NOTICE**, that upon the December 1

Weissman and annexed exhibits, the December 10, 2025 declar

exhibits, the accompanying Memorandum of Law and all papers

herein, defendants the County of Rockland, David Lowe (s/h/a

(s/h/a "Sgt. Lowe") (jointly "the Rockland Defendants") by and

Katz Dranoff Weisman & Maynard, L.L.P., will move this Cour

Quarrapos Street, Room 520, White Plains, New York 10601-4

M. Halpern of the United States District Court, Southern Distric

January, 2026 at 9:30 a.m. or as soon thereafter as counsel may

    (i)     dismissing plaintiff's Fourth Amended Complaint as to the Rockland
            Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil
            Procedure or, alternatively

    (ii)    granting the Rockland Defendants summary judgment pursuant to
            Rule 56 of the F.R.C.P.; and

    (iii)   granting such other and further relief as this Court deems just and
            proper.

2

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's scheduling order,

answering papers, if any, are to be served upon the undersigned no later than January 7, 2026.

Dated: Elmsford, N.Y.
December 10, 2025       Saretsky Katz Dranoff Weissman & Maynard, L.L.P
                       Attorneys for Defendants County of Rockland,
                       Sgt. David Lowe and Sgt. Alexis Lopez

By: _____
                       Robert B. Weissman

                       565 Taxter Road, Suite 210
                       Elmsford, New York  10523
                       (212) 973-9797


To:    Charles Bernard Starke Jr., DIN No. 23177
       Central New York Psychiatric Center
       9005 Old River Road, P.O. Box 300
       Marcy, New York 13403

2