UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BERNARD STARKE, JR.,

                    Plaintiff,                          **ORDER**

         -against-                                      25-CV-03108 (PMH)

OFFICER FUENTES, et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

On December 29, 2025, Plaintiff filed multiple letters requesting the Court to "enter into evidence" various documents consisting of discovery materials. (Docs. 68, 69). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on December 29, 2025 (Docs. 68, 69) from the docket but retain the summary docket text for the record. To the extent Doc. 69 also requests an update on documents filed in this case, the Clerk of Court is respectfully requested to provide copies of the Docket Sheet and the Court's December 23, 2025 Order (Doc. 67) to the Plaintiff by mail to his address located on the docket.

Dated: White Plains, New York
       January 6, 2026

                                        _____
                                        Philip M. Halpern
                                        United States District Judge