UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BERNARD STARKE, JR.,

                    Plaintiff,

          -against-

OFFICER FUENTES, et al.,

                  Defendants.

**ORDER**

25-CV-03108 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 2, 2026, Plaintiff filed a "Notice of Motion" and a "Motion" requesting the Court to "enter documents as exhibits and evidence," and attaches such documents to each filing. (Docs. 75, 76). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on January 2, 2026 (Docs. 75, 76) from the docket but retain the summary docket text for the record. The Clerk of Court is also respectfully requested to terminate the motion sequences pending at Doc. 75 and 76 and mail a copy of this Order to the Plaintiff at the address listed on the docket.

Dated: White Plains, New York
       January 8, 2026

                              _____
                              Philip M. Halpern
                              United States District Judge