UNITED STATES DISTRICT COURT    RECEIVED
SOUTHERN DISTRICT OF NEW YORK    SDNY DOCKET UNIT
2026 APR 13 PM 3:41

Charles Bernard Starke, Jr

Write the full name of each plaintiff or petitioner.

Case No. 1-25 cv 03108

-against-

25cv7884

Kelvin Zuñiga, et al

NOTICE OF MOTION

Louis Falco IV, et al

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _Plaintiff_
                        plaintiff or defendant

requests that the Court: To please pause this b
#1-25-cv-03108 and 1-25-cv-7884 until my st
I will start pre-trial proceedings on 6/10/26

Briefly describe what you want the court to do. You should also include
the statute under which you are making the motion, if you know.

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 93 (Index No. 25-cv-3108) and Doc. 31 (Index No. 25-cv-7884) and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 15, 2026

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents: Starke v. Fuentes et al

25cv3108 / 25-cv-7884

April 6th 2026
Dated

Charles Bernard Starke, Jr
Name

_[signature]_
Signature

249624
Prison Identification # (if incarcerated)

53 Hempstead Road        New City        NY        10956
Address                  City            State     Zip Code

(531) 232-3500 (Cosigner Charlie Garcia)   Cookies4babe@gmail.com
Telephone Number (if available)            E-mail Address (if available)

SDNY Rev: 5/24/2016

Charles Bernard Starke, Jr
53 Hempstead Road
New City, NY 10956

Legal Mail
WESTCHESTER NY 105
9 APR 2026   PM 2   L
★ USA ★ FOREVER ★

US Court Southern District of New York
ATTN: Clerk of Court
300 Quarropes Street
White Plains, Ny 10601



RECEIVED
SDNY DOCKET UNIT
2026 APR 13  PM 3: 41

10601-414000





RECEIVED

APR 13 2026

U.S.D.C.
W.P.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

