

Application granted in part. The initial conference scheduled for June 16, 2026 is adjourned to June 18, 2026 at 10:30 a.m. to be held by telephone using the same dial-in instructions previously provided. Defendants' request for an Order to make Plaintiff available for the initial conference is also granted. The Proposed Order (Doc. 101-2) will be modified to reflect the new conference date/time and filed separately.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 101 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            May 29, 2026

**Office of the New York State Attorney General**

**BY ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *Starke v. Fuentes, et al.*, No. 25-cv-3108 (PMH)
         *Starke v. Rockland County, et al.*, No. 25-cv-7884 (PMH) (related action)
         *Starke v. Officer Fuentes, et al.*, No. 25-cv-5767 (PMH) (related action)

Dear Judge Halpern:

The Office of the New York State Attorney General represents Defendants Lt. Luis Fuentes and Sgt. Kelvin Zuniga in the above action No. 25-cv-3108 and Court Officer William Allen and Court Officer Andrew Cullen (collectively, the "State Defendants") in the related action No. 25-cv-7884, both filed by Plaintiff Charles Bernard Starke, Jr. ("Mr. Starke"). Mr. Jonathan Bernstein, of Goldberg Segalla LLP, joins this letter on behalf of Defendants Officer Michael Mazzella and Officer Matthew Laya ("Warwick Defendants"). This letter reports on the meet-and-confer attempted with Mr. Starke, provides a proposed discovery plan and scheduling order, and requests the initial conference be adjourned and that the Court order issue an Order to Mr. Starke's detention unit to make him available for the initial conference.

As directed by the Court, I formally requested a teleconference for a meet-and-confer to take place on Friday, May 22, 2026, at 10:00 am Central Time with Mr. Starke, who is currently detained at the Byrd Unit in Huntsville, Texas. The Byrd Unit approved the teleconference on May 20, 2026. However, on May 22, 2026, the unit's coordinator verbally reported that Mr. Starke declined to participate in the meet-and-confer and signed a declination form. Defense counsel proceeded with the meet-and-confer without Mr. Starke and agreed on the proposed discovery plan and scheduling order for the Court's consideration.

In addition, I am unavailable on June 16, 2026, the current date of the initial conference. On that date, I am on active-duty military orders issued under Title 10, U.S.C. and will be presiding over a previously scheduled administrative hearing. Defense counsel propose Thursday, June 18, 2026, at 10:00 am as an alternate time for the initial conference.

Hon. Philip M. Halpern
May 29, 2026                                                                                        Page 2 of 2

      I also request an order signed by the Court requiring the Byrd Unit to make Mr. Starke available at the initial conference. According to the Texas Department of Criminal Justice, "a court order or a letter signed by the judge, on official letterhead, requesting the inmate participate in a telephone or video conference" is required. Board Policy 03.81 (rev. 5), section VII.A. The order or letter must be sent to the inmate's unit of assignment and shall state the inmate's name, number, date, time, and collect telephone number for a telephone conference. That information is below and in the proposed order.

      Charles Starke (TDCJ No. 02443304)
      James "Jay" H. Byrd Unit
      21 FM 247
      Huntsville, TX 77320

      June 18, 2026, at 10:00 am Eastern Time
      (855) 244-8681; access code 2317 236 5283

      Thank you for your consideration.

                                      Respectfully submitted,

                                      */s/ Matthew W. Henry*
                                      MATTHEW W. HENRY
                                      Assistant Attorney General
                                      (212) 416-8554
                                      Matthew.Henry@ag.ny.gov

cc:    Charles Bernard Starke, Jr., *Plaintiff pro se*
        Jonathan Bernstein, *Attorney for the Warwick Defendants*