**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHARLES BERNARD STARKE, JR.,

                    Plaintiff,

          v.

OFFICER FUENTES, et al.,

                    Defendants.

No. 7:25-cv-03108 (PMH)

[~~PROPOSED~~] ORDER
COMPELLING ATTENDANCE
OF INCARCERATED PLAINTIFF

---

          Pursuant to Federal Rule of Civil Procedure 16, it is hereby ORDERED that the

James "Jay" H. Byrd Unit, 21 FM 247, Huntsville, TX 77320, produce Mr. Charles Starke (TDCJ

No. 02443304), an inmate in that correctional facility, at a teleconference on June 18, 2026, at

~~10:00~~ 10:30 am Eastern Time (~~9:00~~ 9:30 am Central Time) by calling the following number:

(855) 244-8681; access code 2317 236 5283.


Dated: White Plains, New York

          May 29, 2026

                                             SO ORDERED:


                                             _____
                                             Philip M. Halpern
                                             United States District Judge