UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BERNARD STARKE JR.,

Plaintiff,

-against-

OFFICER FUENTES, et al.,

Defendants.

**ORDER**

25-CV-03108 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 26, 2026, the Court held a status conference on discovery dispute issues and the parties' respective associated applications (the "Conference"). (Doc. 148, 150). Plaintiff, appearing *pro se*, and counsel for Defendants appeared telephonically. As directed at the conference and set forth further herein:

1) Defendants' application to be relieved from submitting a joint status letter with Plaintiff by October 30, 2026 is granted. The respective parties shall file individual status letters, for the reasons set forth at the Conference; and
2) Plaintiff's applications for disqualification of counsel Matthew W. Henry, an inquiry into the joint representation by counsel Jonathan M. Bernstein, and a professional responsibility review of counsel Zachary D. Oliva, are denied, for the reasons set forth at the Conference.

*See* transcript.

Accordingly, the Clerk of Court is respectfully requested to terminate the letter motions pending at Docs. 152, 157, and 158, and mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: White Plains, New York
October 28, 2026

PHILIP M. HALPERN
United States District Judge